UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JEAN E. RODRIGUEZ, | HONORABLE KAREN M. WILLIAMS |
| Plaintiff, | |
| v. | No. 23-20781 (KMW-SAK) |
| PEOPLE READY, *et al.*, | MEMORANDUM OPINION AND ORDER |
| Defendants. | |

WHEREAS, the Court denied Plaintiff's Application to Proceed in Forma Pauperis without prejudice on November 15, 2023 (ECF No. 3), directing Plaintiff to file a completed Application to Proceed in Forma Pauperis or pay the $402 filing fee within 30 days of entry of the order; and

WHEREAS, to date, Plaintiff has failed to respond.

IT IS HEREBY on this 20th day of December, 2023,

**ORDERED** that this case be **DISMISSED**; and

**FURTHER ORDERED** that the Clerk's Office close this case.

_____
KAREN M. WILLIAMS
United States District Judge